UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
ALFONSO VIDAL, individually and on behalf of all others similarly situated,

                             Plaintiff,

-against-

PATERSON CAR EMPORIUM LLC and EFI KLIETMAN,

                             Defendants.
------------------------------------------------------------------------X

Civil Action No.
19-cv-12711

## NOTICE OF JOINT MOTION FOR APPROVAL OF REVISED SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that on August 1, 2022, plaintiff Alfonso Vidal ("Plaintiff"), and defendants Paterson Car Emporium LLC ("PCE") and Efi Klietman ("Klietman") (collectively, "Defendants"), will move this Court, before the Honorable Katharine S. Hayden, United States District Judge, at the United States District Court, District of New Jersey, for an Order approving the parties' revised agreement to settle Plaintiff's claims, which include claims for overtime violations pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") and New Jersey Wage and Hour Law, N.J.S.A. 34:11-56a(4) ("NJWHL"); and unlawful deductions from wages and failure to timely pay wages pursuant to the New Jersey Wage Payment Law, N.J.S.A. 34:11-4.1, *et seq.* ("NJWPL").

Dated: New York, New York
        June 26, 2022

                                                            Respectfully submitted,

                                                            */s/ Nicole Grunfeld*
                                                            Nicole Grunfeld
                                                           Katz Melinger PLLC
                                                           370 Lexington Avenue, Suite 1512
                                                           New York, New York 10017
                                                           t: (212) 460-0047
                                                           ndgrunfeld@katzmelinger.com
                                                           *Attorneys for Plaintiff*