UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFONSO VIDAL, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>PATERSON CAR EMPORIUM LLC and EFI KLIETMEN,<br><br>*Defendants.* | Civil No. 19-cv-12711 (KSH) (CLW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the parties' joint motion (D.E. 53) for approval of their revised settlement agreement (D.E. 53-4); and the Court having considered the parties' submissions; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 18th day of January, 2023,

**ORDERED** that the motion (D.E. 53) is **GRANTED** and the parties' revised settlement agreement (D.E. 53-4) is **APPROVED**.

The Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.